AO 240 (1/94)

# United States District Court

SOUTHERN DISTRICT OF TEXAS

Plaintiff
OLGA CONTRERAS
v.
U.S.A.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

United States District Court
Southern District of Texas
FILED

JUL 3 1 2001

Michael N. Milby
Clerk of Court

CASE NUMBER: CAB-01-113

I, OLGA CONTRERAS _____ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [x] Yes   [ ] No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  FEDERAL PRISON CAMP BRYAN, TEXAS

    Are you employed at the institution? __X__   Do you receive any payment from the institution? __YES__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [x] Yes   [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   [ ] Yes   [x] No
    b. Rent payments, interest or dividends              [ ] Yes   [x] No
    c. Pensions, annuities or life insurance payments   [ ] Yes   [x] No
    d. Disability or workers compensation payments      [ ] Yes   [x] No
    e. Gifts or inheritances                            [ ] Yes   [x] No
    f. Any other sources                                [ ] Yes   [x] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☒ Yes   ☐ No

   If "Yes" describe the property and state its value.

   Please see attached property list which is being transferred due to previous debts for legal fees incurred and other expenses, in lieu of cash payments.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

7/24/2001
DATE

*Olga Contreras*
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 134.81 on account to his/her credit at (name of institution) Federal Prison Camp, Bryan, Texas . I further certify that the applicant has the following securities to his/her credit: None

_____. I further certify that during the past six months the applicant's ~~average balance~~ was $ _____.

DEPOSITS: $1,353.38
WITHDRAWALS: $1,249.10

6/21/01
DATE

*Gary Allman*
SIGNATURE OF AUTHORIZED OFFICER

To Whom It May Concern:

I Rosalie Tristan claim that Olga R. Contreras and Abel Contreras Sr. owe me **$35.000.00** for these expenses:

| | |
|---|---|
| Joe Esquivel Attorney | $14,000.00 |
| Albert Pullen Attorney | $10,000.00 |
| Purchased Home | $ 9,0000.00 |
| 1992 Van Payments | $ 2,000.00 |
| | |
| Total Due | $35,000.00 |

I have also continued to maintain utilities payments at their home. I acquired power of attorney from Olga R. Contreras and Abel Contrereas Sr. for the fact that these moneys are pending.

I have worked for a reputable firm for 20 years and used my retirement benefits and currently have outstanding loans for the majority of these funds.

I had no affiliation with the illegal transactions that occurred with my family, however I was willing to help my parents in their time of need.

If I can be of further assistance, I can be reached at 956-642-7890 or 956-642-1173.

Sincerely,

*Rosalie Tristan*
Rosalie Tristan
1194 N. 5th St.
Raymondville, Texas 78580

*Catarino Rodriguez III*
Notary Signature

7-12-01
Date

7-12-01
Date



CATARINO RODRIGUEZ, III
Notary Public
State of Texas
My Commission Expires
March 27, 2005

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 31 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES ) | |
| VS. ) | CRIMINAL NO: 13-99-00050-S1-01 |
| OLGA CONTRERAS ) | |

**MOVANT'S DECLARATION IN SUPPORT OF REQUEST**

**FOR LEGAL ASSISTANCE**

I, Olga Contreras, declare that I am the movant in the above entitled case; that I am currently incarcerated, I have nominal income (approximately $18 per month) and my debts exceed my assets. In support of this claim I have enclosed a Declaration To Proceed In Forma Pauperis.

At the sentencing hearing the Honorable Judge commented on my prior bankruptcy. I wish to state that my bankruptcy was a Chapter 13, Voluntary petition in which I have complied with all the responsibilities and was issued a discharge by the bankruptcy court. I enclose a copy of the Discharge Order dated November 4, 1999 from the United States Bankruptcy Court.

Moreover, under the Plea Agreement, the Government has demolished the four rental properties mentioned in the Presentence Investigation Report. Thus, I now have no source of income but have the liability to pay the property taxes on the land. With ongoing expenses and no income, my debts now exceed my assets.

I further declare that:

1. I was sentenced by this Honorable Court on October 7, 1999 to a term of 51 Months. I self surrendered to the Federal Prison Camp at Bryan Texas on December 27, 1999.

2. During my incarceration, I started studying for my GED diploma, which motivated me to study my own criminal case. Due to my limited ability to understand, my progress was slow.

3. The Federal Prison Camp at Bryan, Texas has a limited law library, which is attended by inmate librarians, none of whom are either writ writers or law-trained personnel.

4. I prepared my 28 U.S.C. § 2255 motion with the help of my daughter and the law library research which helped me find the pertinent case law and statutes applicable to me. My progress was slow due to my handicap in understanding the legal issues. However, as I read and studied my case, I recognized the fact that my sentence was driven by the number of aliens I supposedly harbored in the rental property, which was jointly owned by my husband and I. The amount of aliens is thus an element of this crime and the sentence issued.

The overt Acts listed in the unsealed superseding indictment provides details of the offense conduct. I have calculated the number of aliens mentioned in the indictment. The total per my calculation is 61 aliens in Count One plus 6 aliens in Counts Two through Thirteen. At sentencing, the probation officer who prepared the Presentence Investigation Report stated 180 Aliens (double the amount). Obviously, the Probation Officer has erred in computing the number of aliens. It seems that he has doubled and triple counted the same person, without checking the name of the alien. This error in counting the number of aliens added three points to my offense level, which doubled my sentence.

5. I request the Honorable Court to allow my one year limitation period to run from the date when I discovered the above facts through the exercise of due diligence. I further request the Court to take into consideration my educational level and my efforts, when establishing the standard for due diligence in my case.

6. I further state that the Government has not in any way been prejudiced as I am merely relying on facts which are clearly documented in the unsealed indictment and the Presentence Report. These facts have seriously affected me due to the length of my sentence, which I am requesting the Court to correct.

7. I further request legal assistance to defend the above claim. Although I was able to notice the above mentioned error made on my Presentence Report and file the 28 U.S.C. § 2255 Claim, my knowledge of the U.S. Criminal Law is limited. I therefore need legal help defending the above claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 24, 2001

*Olga Contreras*
Olga Contreras, Movant

UNITED STATES BANKRUPTCY COURT

Southern District of Texas
Corpus Christi Division
615 Leopard Street, Suite 113
Corpus Christi, TX 78476

Case Number: 94 - 21134
   Cindy Boudloche
   711 N. Carancahua
   #1508
   Corpus Christi , TX  78475

IN RE (NAME OF DEBTOR)
Abel Contreras   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
Olga R Contreras   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

### ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

The court finds that the debtor filed a petition under title 11, United States Code, on 05/20/94, that the debtor's plan has been confirmed and that the debtor has fulfilled all requirements under the plan.

IT IS ORDERED THAT:

1. Pursuant to 11 U.S.C. sec. 1328(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. sec. 502, except any debt:
   (a) provided for under 11 U.S.C. sec. 1322(b)(5) and on which the last payment is due after the date on which the final payment under the plan was due;
   (b) in the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. sec. 523(a)(5);
   (c) for a student loan or educational benefit overpayment as specified in 11 U.S.C. sec. 523(a)(8);
   (d) for a death or personal injury caused by the debtor's unlawful operation of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. sec. 523(a)(9), in case commenced on or after November 15, 1990;
   (e) for restitution included in a sentence on the debtor's conviction of a crime, in a case commenced on or after November 15, 1990; or
   (f) for a fine included in a sentence on the debtor's conviction of a crime, in a case commenced on or after October 22, 1994.

2. Pursuant to 11 U.S.C. sec. 1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. sec. 1305(a)(2) if prior approval by the trustee of the debtor's incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of title 11, United States Code, the debtor is not discharged from any debt made non-dischargeable by 18 U.S.C. sec. 3613(f), by certain provisions of titles 10, 37, 38, 42 and 50 of the United States Code, or by any other applicable provision of law.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

Date: 11/04/99

BY THE COURT

Richard S. Schmidt
UNITED STATES BANKRUPTCY JUDGE

# 2001 Notice Of Appraised Value

is NOT a Tax Statement

Do Not Pay From This Notice

Willacy County Appraisal District
1010 W. Hidalgo Ave.
RR 2, Box 256
Raymondville, TX 78580

Phone: 956-689-5979

Account # 16371
Ownership %: 100
Geo Id: R0500-00-0000C-003-0A-0
DBA:
Legal: RAYMONDVILLE OUTLOT C, LOT 3A (E110' OF N46.8')
Legal Acres:
Situs:
Appraiser:
Exemptions:

Prop ID: 16371 - R0500-00-0000C-003-0A-0
CONTRERAS, ABEL &
OLGA
481 W SAN FRANCISCO
RAYMONDVILLE, TX 78580

for further INFO please call 956-689-5979
or write to RR 2, Box 256, Raymondville, Tx
www.trueautomation.com   PACS WebDB (green)

DATE OF NOTICE: June 13, 2001

Dear Property Owner,
We have appraised the property listed above for the tax year 2001. As of January 1, our appraisal is outlined below.

| YEAR | Land Market Value | Market Value of Ag/Timber Land | Productive Value of Ag/Timber Land | Structures & Improvement Value |
|---|---|---|---|---|
| 2000 | 2,059 | 0 | 0 | 8,602 |
| 2001 | 2,059 | 0 | 0 | 0 |

| YEAR | Appraised Value | Homestead Cap Value (See below for explanation) | Assessed Value |
|---|---|---|---|
| 2000 | 10,661 | 0 | 10,661 |
| 2001 | 2,059 | 0 | 2,059 |

| Last Year's Taxable Value | Taxing Jurisdiction | This Year's Assessed Value | Exemption Amount | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|---|---|---|---|---|---|---|
| 10,661 | Willacy County | 2,059 | 0 | 2,059 | 0.487800 | 10.05 |
| 10,661 | Willacy County Hospi | 2,059 | 0 | 2,059 | 0.040000 | 0.82 |
| 10,661 | South Texas ISD | 2,059 | 0 | 2,059 | 0.037200 | 0.77 |
| 10,661 | Willacy County Road | 2,059 | 0 | 2,059 | 0.050300 | 1.04 |
| 10,661 | Willacy County Navig | 2,059 | 0 | 2,059 | 0.075900 | 1.56 |
| 10,661 | Willacy County Emerg | 2,059 | 0 | 2,059 | 0.039800 | 0.82 |
| 10,661 | Raymondville ISD | 2,059 | 0 | 2,059 | 1.490000 | 30.68 |
| 10,661 | City of Raymondville | 2,059 | 0 | 2,059 | 0.700500 | 14.42 |

School Tax Ceiling Amount:

The above tax estimates use last year's tax rates for the taxing units shown. The governing body of each unit (school board, county commissioners, and so forth) decides whether property taxes increase. The appraisal district only determines your property's value. The taxing units will set tax rates for this year. **The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.**
If you are age 65 or older and received the $10,000 school tax exemption on your home last year from the school listed above, your school taxes this year will not be higher than when you first received the exemption on this home. If you improved your property (by adding rooms or buildings), your school tax ceiling may increase for these improvements. If you are a surviving spouse age 55 or older, you may retain the school ceiling.
Contact the appraisal office if you disagree with this year's proposed value for your property or if you have any problems with the property description or address information. If the problem cannot be resolved, you have the right to appeal to the appraisal review board (ARB). To appeal, you must file a WRITTEN protest with the ARB before the deadline date:
**Deadline for filing an appeal:** July 13, 2001
**Location of Hearings:** 1010 W. Hidalgo Ave, Raymondville, Tx 78580
**ARB will begin hearings:** July 17, 2001
Enclosed is a protest form to send the appraisal district office if you intend to appear and present evidence before the ARB. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed, also, is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property's description, and your reason for protesting.
If you have any questions or need more information, please contact the appraisal office at 956-689-5979 or at the address shown above.

Sincerely,
Stin Colchado
Chief Appraiser

* Your residence homestead is protected from future appraisal value increases in excess of 10% per year from the date of the last appraisal PLUS the value of any new improvements.

True Automation Inc

s is NOT a Tax Statement

# 2001 Notice Of Appraised Value

Do Not Pay From This Notice

illacy County Appraisal District
010 W. Hidalgo Ave.
R 2, Box 256
aymondville, TX 78580

one: 956-689-5979

Account # 15314
Ownership %: 100
Geo Id: R0500-00-0000C-003-0B-0
DBA:
Legal: RAYMONDVILLE OUTLOT C, LOT 3B

Legal Acres:
Situs:
Appraiser:
Exemptions: HS

Prop ID: 15314 - R0500-00-0000C-003-0B-0
CONTRERAS, ABEL &
OLGA
481 W SAN FRANCISCO
RAYMONDVILLE, TX 78580

for further INFO please call 956-689-5979
or write to RR 2, Box 256, Raymondville, Tx
www.trueautomation.com    PACS WebDB (green)

ATE OF NOTICE: June 13, 2001

ar Property Owner,
Ve have appraised the property listed above for the tax year 2001. As of January 1, our appraisal is outlined below.

| YEAR | Land Market Value | Market Value of Ag/Timber Land | Productive Value of Ag/Timber Land | Structures & Improvement Value |
|---|---|---|---|---|
| 2000 | 1,500 | 0 | 0 | 8,168 |
| 2001 | 1,500 | 0 | 0 | 8,168 |

| YEAR | Appraised Value | Homestead Cap Value (See below for explanation) | Assessed Value |
|---|---|---|---|
| 2000 | 9,668 | 0 | 9,668 |
| 2001 | 9,668 | 0 | 9,668 |

| Last Year's Taxable Value | Taxing Jurisdiction | This Year's Assessed Value | Exemption Amount | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|---|---|---|---|---|---|---|
| 9,668 | Willacy County | 9,668 | 0 | 9,668 | 0.487800 | 47.16 |
| 9,668 | Willacy County Hospi | 9,668 | 0 | 9,668 | 0.040000 | 3.87 |
| 9,668 | South Texas ISD | 9,668 | 0 | 9,668 | 0.037200 | 3.60 |
| 9,668 | Willacy County Road | 9,668 | 0 | 9,668 | 0.050300 | 4.86 |
| 9,668 | Willacy County Navig | 9,668 | 0 | 9,668 | 0.075900 | 7.34 |
| 9,668 | Willacy County Emerg | 9,668 | 0 | 9,668 | 0.039800 | 3.85 |
| 0 | Raymondville ISD | 9,668 | 9,668 | 0 | 1.490000 | 0.00 |
| 9,668 | City of Raymondville | 9,668 | 0 | 9,668 | 0.700500 | 67.72 |

School Tax Ceiling Amount:

The above tax estimates use last year's tax rates for the taxing units shown. The governing body of each unit (school board, county commissioners, d so forth) decides whether property taxes increase. The appraisal district only determines your property's value. The taxing units will set tax rates er this year. *The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally ected officials, and all inquiries concerning your taxes should be directed to those officials.*

f you are age 65 or older and received the $10,000 school tax exemption on your home last year from the school listed above, your school taxes this year will not be higher than when you first received the exemption on this home. If you improved your property (by adding rooms or ildings), your school tax ceiling may increase for these improvements. If you are a surviving spouse age 55 or older, you may retain the school ceiling.

Contact the appraisal office if you disagree with this year's proposed value for your property or if you have any problems with the property scription or address information. If the problem cannot be resolved, you have the right to appeal to the appraisal review board (ARB). To appeal, u must file a WRITTEN protest with the ARB before the deadline date:

**Deadline for filing an appeal:** July 13, 2001
**Location of Hearings:** 1010 W. Hidalgo Ave, Raymondville, Tx 78580
**ARB will begin hearings:** July 17, 2001

closed is a protest form to send the appraisal district office if you intend to appear and present evidence before the ARB. The ARB will notify you the date, time, and place of your scheduled hearing. Enclosed, also, is information to help you in preparing your protest. You do not need to use the closed form to file your protest. You may protest by letter, if it includes your name, your property's description, and your reason for protesting. f you have any questions or need more information, please contact the appraisal office at 956-689-5979 or at the address shown above.

ncerely,
ustin Colchado
ief Appraiser

*Your residence homestead is protected from future appraisal value increases in excess of 10% per year from the date of the last appraisal PLUS the value of any new improvements.*

True Automation, Inc

```
WILLACY COUNTY TAX OFFICE                    STATEMENT OF ACCOUNT
LAQUITA GARZA                        This is a statement of taxes paid & due as of
192 NORTH 3RD, ROOM 202              20 JUN 2001 based upon the tax records of the
RAYMONDVILLE TX 78580                Willacy County Tax Collections
```

This document is not a tax certificate and does not absolve a taxpayer from tax liability in any way. Should this document be found to be in error it may be corrected by the collection office. Responsibility to pay taxes remains with the taxpayer as outlined in the Texas Property Tax Code.

```
        CONTRERAS, ABEL & (26546)
        OLGA
        481 W SAN FRANCISCO
        RAYMONDVILLE, TX  78580
```

```
R26546 (R0500-00-0000C-004-0B-2)                        VALUES
RAYMONDVILLE OUTLOT C, LOT 4B TRACT 2 (PT)              Land Ag Mkt              0
SITUS:                                                  Land Ag Use              0
ENTS  DESCRIPTION              EXEMPTIONS  TAXABLE      Land HS                  0
GWI   WILLACY COUNTY                           428      Land NHS               428
HOS   HOS                                      428      Imp HS                   0
TCI   SOUTH TEXAS ISD                          428      Imp NHS                  0
RD1   W C ROAD AND BRIDGE                      428      Assessed               428
CRA   CITY OF RAYMONDVILLE                     N/A      - HSCapAdj               0
SRA   RAYMONDVILLE I S D                       N/A      Adj Assd               428
NAV   W C NAVIGATION DIST                      428
EMS   EMERGENCY MEDICAL DISTRICT               428
```

```
                          PAID BILLS SUMMARY
BILL ID          TAX PAID    DISC P&I   ATT FEE PD   DATE PD    AMOUNT PAID
                                             Total Paid on Paid Bills:   $0.00

                         UNPAID BILLS SUMMARY
BILL ID          RATE       TAX DUE     PEN & INT    ATT FEE     AMOUNT DUE
EMS.98.2423      0.0398      0.17        0.07         0.04         0.28
EMS.99.3290      0.0398      0.17        0.05         0.03         0.25
EMS.00.3288      0.0398      0.17        0.03         0.00         0.20
GWI.98.2423      0.4878      2.09        0.86         0.44         3.39
GWI.99.3290      0.4878      2.09        0.61         0.41         3.11
GWI.00.3288      0.4878      2.09        0.31         0.00         2.40
HOS.98.2423      0.0389      0.17        0.07         0.04         0.28
HOS.99.3290      0.0400      0.17        0.05         0.03         0.25
HOS.00.3288      0.0400      0.17        0.03         0.00         0.20
NAV.98.2423      0.0759      0.32        0.13         0.07         0.52
NAV.99.3290      0.0759      0.32        0.09         0.06         0.47
NAV.00.3288      0.0759      0.32        0.05         0.00         0.37
RD1.98.2423      0.0503      0.22        0.09         0.05         0.36
RD1.99.3290      0.0503      0.22        0.06         0.04         0.32
RD1.00.3288      0.0503      0.22        0.03         0.00         0.25
TCI.98.2423      0.0372      0.16        0.07         0.03         0.26
TCI.99.3290      0.0372      0.16        0.05         0.03         0.24
TCI.00.3288      0.0372      0.16        0.02         0.00         0.18
                                             Total Due on Unpaid Bills:  $13.33
              ***** TAX ITEMS CONTINUED ON NEXT PAGE *****
                                  PAGE 1
```

*Olga,*
*I can't forgive the penalty + interest.*
*Laquita Garza*