3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| OLGA CONTRERAS | * | |
| VS | * | C.A. NO. B-01-113 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-99-050) |

# O R D E R

The Application to Proceed in Form a Pauperis is hereby **DENIED**.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **November 26, 2001**. Said response shall include the transcript of the trial.

DONE at Brownsville, Texas, this 26th day of September 2001.

_____
Felix Recio
United States Magistrate Judge