5

United States District Court
Southern District of Texas
FILED

DEC 0 3 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OLGA CONTRERAS | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-01-113 |
| | * | |
| UNITED STATES OF AMERICA | * | |
| (Criminal No. B-99-050-01) | * | |

## MOTION TO SUPPLEMENT RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, pursuant to the Court's Order filed September 26, 2001 hereby supplements the Court's record by filing the transcript of the July 7, 1999 re-arraignment proceeding in the above-entitled and numbered criminal case. The transcript of the October 15, 1999 sentencing proceeding is in the Court's file marked at Tab 478.

Respectfully submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

_____
MARK M. DOWD
Assistant United States Attorney
600 E. Harrison St., #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 06070500
Federal I.D. No. 9314

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Supplement Court's Record was mailed to Olga Contreras (No. 82791-079), Pro Se, Federal Prison Camp, Bryan, TX 77805 via certified mail, return-receipt on this the ___3___ day of DECEMBER, 2001.

_____
MARK M. DOWD
Assistant United States Attorney