UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OLGA CONTRERAS | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-01-113 |
| | * | |
| UNITED STATES OF AMERICA | * | |
| (Criminal No. B-99-050-01) | * | |

## ORDER

The Court ORDERS that the certified transcript of the re-arraignment proceedings in the above-entitled and numbered cause be made part of the Court's record.

DONE on this the 6th day of December, 2001 in Brownsville, Texas.

FELIX RECIO
United States Magistrate Judge