

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## DEC 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OLGA CONTRERAS | * | |
| VS | * | C.A. NO. B-01-113 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-99-050) |

## MINUTE ENTRY

Due to conflict of interest, the above-captioned case is hereby TRANSFERRED to Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 7th day of December 2001.

_____
Felix Recio
United States Magistrate Judge