IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Respondent-Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-01-113 |
| OLGA CONTRERAS. | § | |
|     Petitioner-Defendant. | § | |
| | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 9, 2001, should be **ADOPTED**.

IT IS **ORDERED** that Peititoner Olga Contreras's Motion to to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 1) be **DISMISSED** as time-barred.

DONE in Brownsville, Texas, on this ___6___ day of __Feby__, ~~2001~~ 2002.

_____
Hilda G. Tagle
United States District Court Judge